IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHADERICK A. INGRAM,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF RICHMOND, et al.,<br><br>        Defendants. | Case No.: 12-3926 JSC<br><br>**JUDGMENT** |

Having dismissed Plaintiff's complaint with prejudice pursuant to 28 U.S.C. § 1915, the Court hereby enters judgment for Defendant and against Plaintiff.

The Court certifies that any appeal taken from this judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

Dated: August 21, 2012

                                                        JACQUELINE SCOTT CORLEY<br>
                                                        UNITED STATES MAGISTRATE JUDGE