IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHADERICK A. INGRAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF RICHMOND, et al.,<br><br>　　　　Defendants. | Case No.: C12-3926 JSC<br><br>**ORDER CERTIFYING THE REVOCATION OF PLAINTIFF'S *IN FORMA PAUPERIS* STATUS** |

The Court is in receipt of a referral notice from the Ninth Circuit regarding Plaintiff's *in forma pauperis* status for pending Case. No. 12-16929. After dismissing Plaintiff's complaint with prejudice pursuant to 28 U.S.C. § 1915, the Court issued a Judgment against Plaintiff. The Judgment itself certified that any appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). (Dkt. No. 7.) Plaintiff's *in forma pauperis* designation was thus revoked.

**IT IS SO ORDERED.**

Dated:   September 11, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE